UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                            Case No.  08-cr-64-SM

Alfred Kozloski

O R D E R

Defendant Alfred Kozloski has filed a motion to continue the trial (document no.10). Trial has been rescheduled for the October 2008 trial period. Defendant Kozloski shall file a waiver of speedy trial rights not later than August 4, 2008. On the filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   October 1, 2008 at 4:00 p.m.

**Jury Selection**: October 7, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

July 23, 2008

cc:   Jonathan Saxe, Esq.
      Alfred Rubega, Esq.
      US Probation
      US Marshal