## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                 Case No.  08-cr-64-01-SM

Alfred Kozloski

## O R D E R

Defendant Kozloski's motion to continue the final pretrial conference and trial is granted  (document 13).   Trial has been rescheduled for the January 2009 trial period.   Defendant Kozloski  shall file a waiver of speedy trial rights not later than October 14, 2008.    On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**    January 9, 2009  at 4:30 p.m.

**Jury Selection**:  January 21, 2009  at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

October 1,  2008

cc:     Jonathan Saxe, Esq.
        Alfred Rubega, AUSA
        US Probation
        US Marshal